# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANETTE MINONDO, individually and on behalf of all others similarly situated,<br><br>                *Plaintiff*,<br><br>   v.<br><br>B&G FOODS, INC.,<br><br>                *Defendant*. | Case No: 1:23-cv-08087-TAM |

## JOINT STATUS REPORT

Plaintiff Jeanette Minondo ("Plaintiff") and Defendant B&G Foods, Inc. ("Defendant") jointly submit this status report pursuant to the Court's text order entered on February 29, 2024.

### I. Plaintiff's Report

To date, the parties have exchanged written discovery and provided responses. Plaintiff is preparing a 30(b)6 deposition notice. Otherwise, discovery is ongoing. Plaintiff would propose the following schedule regarding remaining deadlines:

| Event | Plaintiffs' Proposal |
|---|---|
| Deadline to Complete Written Discovery | December 15, 2024 |
| Deadline to Conduct Depositions | February 14, 2025 |
| Deadline for Plaintiffs to File Motion for Class Certification & Expert Reports | March 28, 2025 |
| Deadline for Opposition to Plaintiffs' Motion for Class Certification & Expert Reports | April 18, 2025 |

| Deadline for Plaintiffs to File Reply in Support of Class Certification | May 9, 2025 |
|---|---|
| Last Day for Parties to Exchange Rule 26(a)(2) Initial Expert Disclosures | 90 days after ruling on class certification |
| Last Day for Parties to Exchange Rule 26(a)(2) Counter Expert Designations | 120 days after ruling on class certification |
| Last Day to Complete Expert Depositions & Document Production | 150 days after ruling on class certification |
| Deadline to File Dispositive Motions | 30 days after completion of expert discovery |
| Pre-Trial Conference | 30 days after ruling on dispositive motions |

## II. B&G Foods' Report

In this case, Plaintiff claims that the tiny print on the back of a label of pasta sauce saying "no artificial preservatives" caused her to buy pasta sauce, instead of the myriad other reasons people actually buy pasta sauce, like taste or price.

Since filing her claim, Plaintiff has abandoned it. On April 22, 2024, Plaintiff failed to appear for her duly noticed deposition. Plaintiff also ignored B&G Foods's requests to meet and confer about when Plaintiff would be available for her deposition. Plaintiff further served only objections to B&G Foods's March 22, 2024, written discovery requests.

Unless and until Plaintiff decides to resume prosecuting her case, B&G Foods should not be compelled to incur the burden and expense of discovery.

Should Plaintiff appear for her deposition, B&G Foods proposes the following schedule:

| Event | B&G Foods' Proposal |
|---|---|
| Deadline to Complete Written Discovery | 120 days after Plaintiff appears for her deposition |

| Deadline to Conduct Depositions | 180 days after Plaintiff appears for her deposition |
|---|---|
| Deadline for Plaintiffs to File Motion for Class Certification & Expert Reports | 225 days after Plaintiff appears for her deposition March 28, 2025 |
| Deadline for Opposition to Plaintiffs' Motion for Class Certification & Expert Reports | 255 days after Plaintiff appears for her deposition |
| Deadline for Plaintiffs to File Reply in Support of Class Certification | 285 days after Plaintiff appears for her deposition |
| Last Day for Parties to Exchange Rule 26(a)(2) Initial Expert Disclosures | 120 days after ruling on class certification |
| Last Day for Parties to Exchange Rule 26(a)(2) Counter Expert Designations | 150 days after ruling on class certification |
| Last Day to Complete Expert Depositions & Document Production | 180 days after ruling on class certification |
| Deadline to File Dispositive Motions | 90 days after completion of expert discovery |
| Pre-Trial Conference | 90 days after ruling on dispositive motions |

September 9, 2024                                  Respectfully submitted,


      /s/ *Julian C. Diamon*
Julian C. Diamond
Alec Leslie
Julian C. Diamond
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: aleslie@bursor.com
jdiamond@bursor.com

J. Hunter Bryson, Esq.*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

405 E 50th Street
New York, NY 10022
Tel: (630) 796-0903
hbryson@milberg.com

Nick Suciu III, Esq.*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
Tel: (313) 303-3472
nsuciu@milberg.com

Erin Ruben, Esq. (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
900 W. Morgan Street
Raleigh, NC 27603
T: 919-600-5000
eruben@milberg.com

*\* Pro Hac Vice admission*

*Attorneys for Plaintiff and Proposed Class*

September 9, 2024
         */s/ David Kwasniewski*
David Kwasniewski (*pro hac vice*)
**BRAUNHAGEY & BORDEN LLP**
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808
kwasniewski@braunhagey.com

Christman Rice
**BRAUNHAGEY & BORDEN LLP**
118 W 22nd, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 403-4089
rice@braunhagey.com

*Attorneys for Defendant*